ACCEPTED
12-13-00386-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/21/2015 6:05:55 PM
CATHY LUSK
CLERK

No. 12-13-00386-CR

In the Court of Appeals
for the Twelfth Judicial District
at Tyler, Texas

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/21/2015 6:05:55 PM
CATHY S. LUSK
Clerk

Willie Owens, III.,
Appellant

V.

State of Texas,
Appellee

On Appeal From Cause No. 2013-0215 in the 159th
Judicial District Court of Angelina County, Texas

**State's Second Motion for Extension (Unopposed)**

To the Honorable Justices of this Court:

Appellee, State of Texas, moves for a 10-day extension of time to file its brief.

I.

Under the Texas Rules of Appellate Procedure, the general deadline to file an appellee's brief is 30 days after the date the appellant's brief was filed. Tex. R. App. P. 38.6(b). Appellant's Brief was filed on December 15, 2014, giving the State until Wednesday January 14, 2015 to file its brief.

The State requested a 7-day extension of time on Wednesday January 14, 2015 which would make the brief due Wednesday January 21, 2015.

The State of Texas now requests a 10-day extension of time in which to file its brief.

II.

Good cause exists for allowing the State additional time to file its brief for the following reasons:

1.    Counsel for the State was working on and completed two other briefs during this time-frame in *Albro v. State*, No. 12-14-00182-CR and *Johnson v. State*, No. 12-14-00160-CR, both of which had already had an extension granted.  Counsel for the State is also actively working on *Finley v. State*, No. 12-14-00005-CR and *Dominey  v. State*, No. 12-14-00226-CR during this same time frame.

2.    Counsel for the State had to prepare for a jury trial in *State v. Hernandez,* No. 2014-0629 which was scheduled for jury selection January 12, 2015.  This is in addition to the normal felony criminal docket counsel must prepare for.

3.    Counsel for the Appellant is unopposed to this motion.

III.

From the above-listed reasons, the State has demonstrated that good cause for the failure to be able to submit its brief by the Court's deadline. This is the State's first motion for extension, and it is not brought for purposes of delay or harassment, but to see that justice is done.

Wherefore, Appellee State of Texas prays that the Court grant its requested 10-day extension to file its State's Brief in this matter.

Respectfully Submitted,

/s/April Ayers-Perez
Assistant District Attorney
Angelina County D.A.'s Office
P.O. Box 908
Lufkin, Texas 75902
(936) 632-5090 phone
(936) 637-2818 fax
State Bar No. 24090975
aperez@angelinacounty.net

Attorney for Appellee
State of Texas

## Certificate of Service

I do certify that on January 21,2015 a true and correct copy of the above document has been served electronically to Al Charanza, attorney for Appellant, Willie Owens, III., through efile.txcourts.gov.

/s/April Ayers-Perez

## Certificate of Conference

I certify that on January 21, 2015, I conferred with Al Charanza via the telephone about this motion, and certify that he was unopposed to a 10-day extension.

/s/April Ayers-Perez